GODDARD LLP
BRADLEY A. PATTERSON, Esq. (State Bar No. 155482)
    18101 Von Karman Ave., Ste. 330
    Irvine CA  92612
    Telephone:   (949) 253-0500
    Facsimile:    (949) 253-0505

Attorney for Plaintiffs

SCOTT N. SCHOOLS (South Carolina Bar No. 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:   (415) 436-7000
    Facsimile:    (415) 436-6748
ROBERT J. HIGGINS (DCBN 242966)
Trial Attorney, U.S. Department of Justice
BART D. JEFFRESS (CT Juris No. 419184)
Trial Attorney, U.S. Department of Justice
    555 4th St., N.W., Room 8816
    Washington, D.C. 20001
    Telephone:   (202) 307-6580
    Facsimile:    (202) 514-9440
    Email: robert.j.higgins@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AWS MANAGEMENT, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner,<br><br>        Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE,<br><br>        Defendant. | Case No.  05-1056 CW<br><br>Consolidated with Case No.  05-1058 CW<br><br>JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE |

| | |
|---|---|
| AWS ACQUISITIONS, LLC, by and through MARY CHANDLER PETTY, a Partner Other than the Tax Matters Partner, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) |
| UNITED STATES OF AMERICA, by and through its Agent, the INTERNAL REVENUE SERVICE, | ) ) ) ) |
| Defendant. | ) ) |

A Case Management Conference is scheduled for December 18, 2007, in the above captioned consolidated cases pursuant to the Court's order of September 28, 2007 [Doc 34]. That order followed the parties prior joint motion to continue a previously scheduled case management conference on the grounds that a settlement offer by Plaintiffs was being considered by the Department of Justice and the Internal Revenue Service.

Another factor supporting a continuance of the Case Management Conference is the Court's order filed March 29, 2006, which had stayed this case pending resolution of the criminal proceedings in *United States v. Stein, et. al.* (No. S1 05 Cr 888, S.D.N.Y.). See Order [Doc. #22]. Those proceedings are continuing. This November, 2007, trial date was vacated by Judge Kaplan. A Superseding Indictment was filed on November 8, 2007, charging David Greenberg alone with conspiracy and substantive counts of tax evasion. The United States Attorneys Office has requested that Greenberg be severed from the main case and that trial commence against him as soon as possible. A motion schedule has been set with respect to the Greenberg Indictment and it is expected that in January the Court will decide whether to sever Greenberg and when to schedule his trial. Also in January, it is expected that the Court will schedule trial for defendants Larson, Pfaff and Ruble. That trial date will incorporate a trial against Greenberg in the event the court decides not to sever his case for an earlier scheduled date.

By letter dated August 2, 2006, plaintiffs submitted an offer to settle all issues in this case. The offer is being considered by the Department of Justice in accordance with its usual procedures and in coordination with the Internal Revenue Service. The plaintiffs have provided the Internal Revenue Service additional information regarding the underlying tax liabilities but must file returns due for taxable years 2004 and 2005 before consideration of the settlement offer can be completed.

In light of the continued pendency of Stein and plaintiffs' pending settlement offer, the parties jointly move the Court for a continuance of the case management conference until April, 2008.

Respectfully Submitted,

FOR THE PLAINTIFFS

GODDARD LLP
Bradley A. Patterson, Esq.

Date: November 29, 2007        By s/Bradley A. Patterson
                                  Bradley A. Patterson
                                  Attorney for Plaintiffs

<u>FOR THE UNITED STATES</u>

UNITED STATES ATTORNEY
Scott N. Schools, Esq.
Thomas Moore, Esq.
Robert J. Higgins, Esq.
Bart D. Jeffress, Esq.

Date: November 28, 2007        By s/Robert J. Higgins
                                Robert J. Higgins
                                Attorneys for Defendant

**ORDER**

The Case Management Conference, previously set for December 18, 2007, at 2:00 p.m., is continued until April 15, 2008, at 2:00 p.m.

Date: 12/5/07

_____
CLAUDIA WILKEN
United States District Judge