IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AWS MANAGEMENT, LLC, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants.<br>_____<br>AWS ACQUISITIONS, LLC, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants.<br>_____/ | No. 05-01056 CW<br><br><br><br><br><br><br><br>No. 05-01058 CW<br><br><br><br>ORDER FOR<br>CONSOLIDATION |

    The action numbers listed above are related cases within the meaning of Civil L.R. 3-12.  Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. C-05-1056 CW, <u>AWS Management v. U.S.A.</u>, for all proceedings before this Court.  All further documents shall be filed in C-05-1056 CW.

    There appears to be no further reason at this time to maintain C-05-1058 CW, <u>AWS Acquisitions v. U.S.A.</u>, as an open case for statistical purposes, and the Clerk is instructed to submit a JS-6

Form to the Administrative Office.

Nothing contained in this Order shall be considered a dismissal or disposition of C-05-1058 CW, <u>AWS Acquisitions v. U.S.A.</u>, and, should further proceedings in that litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

IT IS SO ORDERED.

4/18/08

Dated

CLAUDIA WILKEN
United States District Judge

2